IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MICHAEL W. FRANK, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. G-06-CV-695 |
| § | |
| THE VILLAGE OF TIKI ISLAND, TEXAS, § | |
| § | |
| Defendant. § | |

### ORDER FOR CONFERENCE

Plaintiff filed this claim for alleged violations of the Equal Protection Clause of the Fourteenth Amendment. Defendant filed a Motion to Dismiss, and Plaintiff filed a Response. In consideration of Defendant's Motion, the Court finds that the better course is to bring the Parties in to discuss amicable resolution. Therefore, a Settlement Conference is now set before Judge Samuel B. Kent on

**JUNE 8, 2007 at 10:00 a.m.**

**PLEASE NOTE LOCATION**

Sixth Floor Courtroom
601 Rosenberg
U. S. Post Office Building
**Galveston**, Texas 77550.

To insure full notice, each party who receives this notice shall contact all other counsel of record, to insure receipt of notice, and as regards any counsel claiming non-receipt, the contacting attorney shall forward a copy of it to said counsel or party. A party who receives this notice and who fails to notify all other counsel immediately will be subject to sanctions. **Copy of counsel's letter**

1

of transmittal of notice to other counsel need <u>not</u> be copied to the Court or Clerk's office.

Each party shall appear **in person and with the attorney of record**, or <u>with</u> <u>the</u> <u>Case Manager's</u> permission, by an attorney with full knowledge of the case and authority to bind the client. Failure to so attend will result in sanctions. **FAILURE TO APPEAR OR APPEARING LATE WILL RESULT IN SANCTIONS.**

The Court will decide all pending motions in a timely manner following said hearing.

**IT IS SO ORDERED**.

**DONE** this 21st day of May, 2007, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge